# SWORN STATEMENT IN PROOF OF LOSS

$ *750,000.00*

AMOUNT OF POLICY AT TIME OF LOSS

*3/2/2011*     *3/2/2012*

DATE ISSUED          DATE EXPIRES

POLICY NUMBER  *L022057545O2*

*Stewart Insurance Agency*

AGENT

To the *Lexington Insurance Company*

of _____

At the time of loss, by the above indicated policy of insurance you insured _____

*Emma & James R. Raine*

against loss by *Fire* to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers, and assignments attached thereto.

1. Time and Origin: A *Fire* loss occurred about the hour of _____ o'clock ___ M on the *2nd* day of *February*, 20*12*. The cause and origin of the said loss were: *Unknown*

2. Occupancy: The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatsoever: *Single family, owner occupied dwelling*

3. Title and Interest: At the time of the loss the interest of your insured in the property described herein was *D.Wendell & Juanice*
*Collins @ Florence & Lloyd Robinson* No other person or persons had any interest therein or encumbrance thereon, except: *None*

4. Changes: Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location, or exposure of the property described, except: *None.*

5. Total Insurance: The total amount of insurance upon the property described by this policy was, at the time of the loss, $ *750,000.00* as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. The Actual Cash Value of said property at the time of the loss was.........…................$ _____
7. The Whole Loss and Damage was ..........................................................................$ _____
8. Less Amount of Deductible ...................................................................................$ _____
9. The Amount Claimed under the above numbered policy is.......................................$ _____

The said loss did not originate by any act, design, or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The Insured hereby covenants that no release has been, or will be given to, or settlement, or compromise made with any third party who may be liable in damages to the Insured, and the Insured in consideration of the payment made under this policy hereby subrogates the said Company to all rights and causes of action the said Insured has against any person, persons, or corporations whomsoever for damage arising out of or incident to said loss, or damage to said property and authorizes said Company to sue in the name of the Insured but at the cost of the Company any such third party, pledging full cooperation in such action.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver any of its rights.

SIGNATURE: *Emma Raine*

NOTARY: State of *Mississippi* ; County of *Harrison* ; SS
On this *27* day of *March*, 20*12*, before me appeared *Emma Raine*

who is known to be the person(s) named herein and who voluntarily executed this release

*Meredith L Cunningham*

Notary Signature

Date Commission Expires *MEREDITH L CUNNINGHAM*

ID # 32641

Commission Expires
May 16, 2015

STATE OF MISSISSIPPI NOTARY PUBLIC HARRISON COUNTY

EXHIBIT
*B*

# RESIDENTAL LEASE AGREEMENT

**This agreement, dated March 1, 2012, is between Kisha Judge and Emma Raine:**

1. **LANDLORD:** The Landlord and/or agent Kisha Judge will be referred to in this agreement as "Landlord".

2. **TENANT:** The Tenant is Emma Raine, and will be referred to in this agreement as "Tenant".

3. **RENTAL PROPERTY:** This Landlord agrees to rent to the Tenant the property located at 1622 South Street, Vicksburg, MS 39180, with three (3) bedrooms and two (2) full baths, which will be referred to in this Lease as the "Leased Premises".

4. **TERM OF LEASE AGREEMENT:** The Lease Agreement will begin on March 1, 2012 and will end on March 1, 2013.

5. **USE & OCCUPANCY OF PROPERTY:** The only person(s) living in the Leased Premises is/are Emma Raine.

6. **AMOUNT OF RENT:** The Landlord and Tenant have made the following agreement:  The Tenant has given the Landlord $12,365.00 in order to pay off her 2006 Nissan Maximum. The Landlord has accepted $1000.00/month for the next twelve (12) months for the rental property.

7. **DATE RENT IS DUE:** The rent is due in advance on or before the 1st day of each month. The rent due date is the date the Landlord must receive the Tenant's payment.

8. **LATE FEE:** If the rent or any other charges are not received by the Landlord on or before on or before five (5) days after the rent due date, Tenant must pay a late fee of $30 in addition to the monthly rent.

9. **UTILITIES & SERVICES:** The Tenant is responsible for paying the Electric, Water and Gas utility bills. The Tenant understands and agrees that these essential services are to be maintained and operational at all times.

_3/1/12_

DATE

_Kisha Judge_

LANDLORD

_Emma Raine_

TENANT

## SCHEDULE OF CONTENTS

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| Drapes | JCPenny | 2/9 | 356 | | | |
| Drapes | JC Penny | 12/06 | 428.00 | | | |
| Center Piece | Rooms To Go | 2/11 | 389.00 | | | |
| Clock on porch | Walmart | 2/9 | 89.99 | | | |
| Clock in DinningRm | GlassPorch | 2/9 | 199.00 | | | |
| Pool Rack | J.P. | 2/11 | 15.000 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Emma Raine
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## SCHEDULE OF CONTENTS

_Formal Dining Room_

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| China Cabinet | Lowes | | 2800.00 | | | |
| Chandlier | Lowes | | 599.09 | | | |
| 6 pices Dining set | America Future | | 4800.00 | | | |
| Buffet set | Havley | | 1599.00 | | | |
| 2 Wall Tres 3 | Rooms To Go | | 738 | | | |
| (4) Picture | Steven Ave | | 650.00 | | | |
| Wall Water Fountain | Steven Ave | | 199.00 | | | |
| Sofa | Havley | | 1835.99 | | | |
| Loveseat | Havley | | 865.99 | | | |
| Chair | Havley | | 1099.99 | | | |
| Ottman | Havley | | 499.99 | | | |
| 8 piece Table set | Harley | | 1549.00 | | | |
| Sofa Table | Harley | | 699.00 | | | |
| Wall Mirror | Sunset fxt | | 559.00 | | | |
| 2 Wall Lampo | Steven Ave | | 400.00 | | | |
| Led "xch -7N | Wal mart | | 699.00 | | | |
| 2 Floor Tree | Rooms To Go | | 899.00 | | | |

_Emma Plaine_
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

PDF created with pdfFactory trial version www.pdffactory.com

Upstair Game Rm

## SCHEDULE OF CONTENTS

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| Pool Table | Sears | 12/12/11 | 599⁹⁵ | | | |
| forc ball Table | Sears | 12/06 | 53.⁵ | | | |
| 3 Sectional set | Haverty | 12/06 | 4499.99 | | | |
| 4 piece Table Set | Rooms To Go | 12/12/12 | 411.⁰⁰ | | | |
| Entertain+ Center | Haverty | 12/06 | 1777 | | | |
| Surraund Sound | Peach | 12/06 | 1900.⁰⁰ | | | |
| Pot Re + HAS6bb | Sears | 12/12/11 | 281.⁰¹ | | | |
| Bar set 3 bar Stool | Ashley Furn | 11/3/11 | 2600.⁰⁰ | | | |
| Excise treadmils | | 1/6/11 | 899.⁹⁹ | | | |
| Bike | Sears | 2/11 | 249.⁹⁹ | | | |
| Bench | Sears | 2/11 | 299.⁰⁰ | | | |
| Scale exp Digital | less Sears | 2/11 | 179.⁰⁰ | | | |
| Eliptical | Sears | 2/11 | 699.⁹⁹ | | | |
| 60 inch TV | Walmart | 3/9 | 649.⁰⁰ | 3 ⊘16 x | | |
| Wall Picture | Glass Patch | 3/9 | 869.⁰⁰ | | | |
| 4 Drapes | JC Penny | 3/9 | 380.⁰⁰ | | | |

Euura Roike

_Signature_

Form 2210F

© 2004 Nationwide Publishing Company, Inc.

http://www.claimspages.com

## SCHEDULE OF CONTENTS

Upstair bath

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/USED | ACTUAL VALUE | AMOUNT CLAIMED |
|------|-----------------|------------------|------|----------|--------------|----------------|
| 3 Mirror | | | 899.00 | | | |
| Plants | | | 89.99 | | | |
| Shower curtain | | | 89.99 | | | |
| 30 bath Towels | | | 165.00 | | | |
| 30 hand Towels | | | 69.50 | | | |
| 2 rugs | | | 59.98 | | | |
| 6 picture | | | 444.00 | | | |
| Trash can | | | 89.99 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Emma Paine
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

PDF created with pdfFactory trial version www.pdffactory.com

## SCHEDULE OF CONTENTS

ATTIC

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| Christmas tree | Michael | 12/10 | 385.99 | | | |
| 12 file cabinet | Office dep | | 214.99 | | | |
| 3 Desk | Office dep | | 507.00 | | | |
| Seafood Pot (4) | Home Dept | | 55? | | | |
| Burner | Home Dept | | 119 | | | |
| 15 serving trays | | | 144.65 | | | |
| | | | 233.97 | | | |
| hot-dog turner | Sam's | | 88.86 | | | |
| Wine Fountain | | | 100.00 | | | |
| Strainer | | | 89.99 | | | |
| 2 File Cabinet | | | 299.99 | | | |
| Lexington cornhole | | | 699.00 | | | |
| engineer Hardware + tool panels | | 12/09 | 25.000 | | | |
| DIY equipment | Radio Snack | | | | | |

Signature   Emma Raise

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

PDF created with pdfFactory trial version www.pdffactory.com

## SCHEDULE OF CONTENTS

+DV6r

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| Door | Phillps | 2/9 | 5500 | | | |
| Chadidll | Lowes | 2/9 | 69.00 | | | |
| Table | Midnight Velvt | 2/9 | 19900 | | | |
| 2 Plau+5 | glass porch | 2/11 | 15800 | | | |
| plant stand | Rooms to go | 2/11 | 145.00 | | | |

Emma Raine

Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

PDF created with pdfFactory trial version www.pdffactory.com

## SCHEDULE OF CONTENTS

Outside

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| blower | home depot | 2/11 | 149.00 | | stolen | |
| weedeater | Home depot | 2/11 | 349.00 | | stolen | |
| landscape | | 2/10 | 1200.00 | | | |
| fence | | 2/11 | 650.00 | | | |
| pool gate | | 2/11 | 699.00 | | | |
| wooden fence | | 2/11 | 3000.00 | | | |
| 4' Picinc Table | | 2/11 | 400.00 | | | |
| Kid Picin Table | Sams | 2/11 | 89.99 | | | |
| Poolside flowers | | 2/11 | 1100.00 | | | |
| 6 Hanging fern | | | 1019.94 | | | |
| big fan | Home depot | | 199.00 | | | |
| 3 Kids bike | Walmart | | 267 | | | |

Cuwa Raine
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## SCHEDULE OF CONTENTS

Front Porch

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|------|-----------------|------------------|------|-----------|--------------|----------------|
| WAter fountain | homedop | 3/9 | 400.00 | | | |
| 4 White Chairs | Lowes | 3/9 | 1.000 | | | |
| 2 Outer Lights | Hattieburg | 2/11 | 1000.00 | | | |
| soq | | 12/10 | 10.000 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Emma Paine
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## SCHEDULE OF CONTENTS

Office - 2

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|------|----------------|------------------|------|-----------|--------------|----------------|
| Office desk | Office dept | | 659.00 | | | |
| Kodak Easyshave | Best Buy | | 199.99 | | | |
| Scanner | RadioShack | | 399.99 | | | |
| GE security cameras | | 9/11 | 859.99 | 4399.2 | | |
| Canon photo printer | Best buy | | 499.99 | | | |
| Brother lazer printer | office depot | | 649.99 | | | |
| Shradder | Quill | | 1399.99 | | | |
| CamCorder | Besty Buy | | 699.00 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8 Pro 9000

_Eulmia Raire_
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

PDF created with pdfFactory trial version www.pdffactory.com

Master bedroom

## SCHEDULE OF CONTENTS

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| 10 bottle Ladies perfume | Dillard | | 890.00 | | | |
| 15 Victoria Secret Lotion | Victoria Secret | | 100.00 | | | |
| 6 bottle mens cologne | | | 534.00 | | | |
| Candle Set | Bed N Bath | | 99.99 | | | |
| 2 wall picture | | | 189.99 | | | |
| 2 Towel Set | Bed N Bath | | 226.00 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Emma Loire*
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

Master bed and master bath (both)

## SCHEDULE OF CONTENTS

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| 4 Drapes | Bed Bath (beyond) | 2/19/11 | 199.98 | | | |
| 4 Valance | " | 2/19/11 | 160.00 | | | |
| 4 King Sheet Set | " | 2/19/11 | 359.99 | | | |
| 4 Comforter set | " | 2/19/11 | 850.80 | | | |
| (4) Pillows | " | 2/19/11 | 225.00 | | | |
| Canopy | " | 2/19/11 | | | | |
| (2) Plants | " | 2/19/11 | 69.99 | | | |
| bath room 19 inch TV Emerson | Rooms to go | | 250.80 | | | |
| 32 inch TV Emerson | Walmart | | 188.00 | WAS STOLEN | | |
| VCR * Toshiba | Walmart | | 29.98 | | | |
| VCR * Toshiba | Walmart | | 89.98 | | | |
| Cam Recorder H800 | Wal-mart | | 89.98 | | | |
| Intercom system | Walmart | | 289.99 | | | |
| (5) 18 x Original Rug | Heritage House | | 1500.00 | | | |
| 10 Wall Picture | Rooms To Go | | 1.000 | | | |

Emma Paine
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## SCHEDULE OF CONTENTS

**Masterbedroom**

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| Package Sale | Ashley Furniture | 11/3/11 | 4654 | | | |
| B553-09 | | | | | | |
| B553-150 | | | | | | |
| B553-151 | | | | | | |
| B553-193 | | | | | | |
| B553-131 | | | | | | |
| B553-36 | | | | | | |
| B553-46 | | | | | | |
| B553-17A | | | | | | |
| B553-162 | | | | | | |
| B553-199 | | | | | | |
| B-553-193 | | | | | | |
| King Mattress set | James Furniture | 2/18/11 | 1464.43 | | | |
| 2 Glass Lamps | Rooms To Go | 2/18/11 | 750.00 | | | |
| 2 Trees | Rooms To Go | 2/18/11 | 700.00 | | | |
| Recliner Chair | America Furniture | 12/15/09 | 65000 | | | |

*Emma Raise*
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

Masterbedroom JONAHSCHEDULE OF CONTENTS

| | ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|---|
| 10 | men slacks | JcPenny | 1/07 | 840.00 | | | |
| 10 | men shirts | JcPenny | 1/07 | 540 | | | |
| 8 | men dress shoe | JcPenny | 1/07 | 360.00 | | | |
| 10 | men tee shoe | Footlock | 1/07 | 1500.00 | | | |
| 6 | men tire | JcPenny | 1/07 | 325.00 | | | |
| 10 | men hats | | 1/07 | 684.00 | | | |
| 10 | Women suits | Ashro | | 2440.00 | | | |
| 25 | Women jeans | Citrotrend | | 690.00 | | | |
| 50 | Women shirt | Ashro | | 800.00 | | | |
| 8 | Women coats | Stein mart | | 864.99 | | | |
| 50 | Women boots | Dillard | | 1500.00 | | | |
| 50 | Women shoes | Dillard | | 4440.00 | | | |
| 10 | Joging suits | Ashro | | 2000.00 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

_Emma Paige_
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## SCHEDULE OF CONTENTS

Laundry Rm

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| Upright Freezer | A-1 Appliance | 12/9 | 999.00 | | | |
| Chest Freezer | A-1 Appliance | 12/9 | 544.00 | | | |
| Washer | Best Buy | 12/9 | 999.0 | | | |
| Dryer | Best Buy | 12/9 | 999.00 | | | |
| Shampoo | Walmart | 12/9 | 289.99 | | | |
| Vaccum | Walmart | 12/9 | 189.99 | | | |
| | | | | | | |
| Flat Iron And Table | Sleight Ave. | 1/10 | 389.00 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## SCHEDULE OF CONTENTS

Boys Rm

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| ② Twin bed | Harvey | 12/06 | 799.00 | | | |
| ② Matress | Harvey | 12/06 | 699.00 | | | |
| ② Box spring | Harvey | 12/06 | 499.99 | | | |
| ② Dresser and Mirror | Harvey | 12/06 | 499.00 | | | |
| ② Nightstand | Harvey | 12/06 | 399.8 | | | |
| 2 Comforter set | Walmart | 12/06 | 289.99 | | | |
| 2 Sheet set | Walmart | 12/06 | 369.99 | | | |
| 2 set Curtains | Walmart | 12/06 | 229.99 | | | |
| 1 trundle bed | Harvey | 12/06 | 399.00 | | | |
| 3 Pillows | Bed Bath | 12/06 | 89.99 | | | |
| 20 boys Jeans | | | 399.80 | | | |
| 20 boys Top | | | 339.80 | | | |
| 10 Boy Toe Shoe | | | 890.00 | | | |
| ⑧ box | Walmart | 12/10 | 300.00 | | | |
| 32 inch TV | Walmart | | was stolen | | | |

Emma Raine

Signature

## SCHEDULE OF CONTENTS

Guest Rm

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| Queen Bed | America Choice | 4/04 | 5400 | | | |
| Dresser and Mirror | America Choice | | | | | |
| 2 Night Stand | America choice | | | | | |
| Chest | America choice | | | | | |
| 1 (inch) TV | Walmart | WAS 540/6N | | | | |
| 3 Wall Mirror | Rooms to go | 1/1 | 540.00 | | | |
| 4 Comforter set | Bed Bath | 3/9 | 199.99 | | | |
| 4 Sheet set | Bed Bath | 3/9 | 356.00 | | | |
| 4 Pillows | Bed Bath | 3/9 | 144.00 | | | |

Signature: Emma Paige

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

DF created with pdfFactory trial version www.pdffactory.com

## SCHEDULE OF CONTENTS

**OFFICE 1**

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| (2) Quadruple sled sofa | Quill | 1/11 | 1417.20 | | | |
| (2) HoN Legal File cabinet | Quill | 1/11 | 1300.00 | | | |
| Coffee table blk granite | Quill | 1/11 | 169.99 | | | |
| 6 office desk | Arron Furniture | 1/11 | 1800.00 | | | |
| Pitney Bon Stamp mach | Pitney Bon | 1/11 | 260.00 | | | |
| Hughes Net Monitor | Hughes | 1/11 | 600.00 | | | |
| 10 Direct TV Boxes | Walmart Bestbuy up | | 1.000 | | | |
| 42 inch TV | Academy | 2/11 | 299.99 | | Stole | |
| 3 bicycle | Bean Both | | 276.00 | | | |
| 4 flowers | K-mart | 2/11 | 399.00 | | | |
| CD+Radio | Quill | 1/11 | 129.99 | | | |
| End table with granite | Office depot | 1/11 | 1.000 | | | |
| 10 Picture with meaning | Office depot | 1/11 | 43.99 | | | |
| bulletin board | Quill | 1/11 | 79.99 | | | |
| (6) office chairs | Quill | 1/11 | 349.99 | | | |
| office safe | | | | | | |

EMMA Raine
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## Shadia's Rm   SCHEDULE OF CONTENTS

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| Queenbed | America Choice | 01/11 | 1599.00 | | | |
| Mattress x boxspring | America choice | 01/11 | 800.00 | | | |
| Dresser x Mirror | America choice | 01/11 | | | | |
| Chest | America choice | 01/11 | 399.00 | | | |
| Night stand | America choice | 01/11 | 199.00 | | | |
| 32 inch TV | Walmart | 11/1/10 | 329.78 | | | |
| X box | Walmart | 11/1/10 | 199.00 | | | |
| Lap top | Verizon | | 518.00 | | | |
| Comforter Set | Bed N Bath | 9/2/11 | 189.99 | | | |
| drapes | Bed N Bath | 9/2/11 | 47.99 | | | |
| 4 pillows | Bed N Bath | 9/2/11 | 240.00 | | | |
| Queen sheet set | Bed N Bath | 9/2/11 | 79.99 | | | |
| Girl Jeans | Old Navy Gap Aeropastle Levi | | 400.00 | | | |
| Girl Tops | gap ford | | 600.00 | | | |
| Girl dress | | | 760 | | | |
| Girl Tee Shoes | Nike I Jordan | | 1335 | | | |

*Emma Laine*
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## SCHEDULE OF CONTENTS

Kitchen

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| 50 Spoons | Walmart | 12/06 | 100.00 | | | |
| 50 forks | Walmart | 12/06 | 100.00 | | | |
| 50 Knives | Walmart | 12/00 | 100.00 | | | |
| 1 Center piece | Rooms To Go | 2/10 | 150.00 | | | |
| 10 Plants on shelves | Walmart | 2/10 | 40.00 | | | |
| Spice Rack | JCPenny | 2/10 | 89.99 | | | |
| Canister Set | JCPenny | 2/10 | 180.00 | | | |
| lodge cast-iron grill | | 3/06 | 149.09 | | | |
| 4 set 6 In 55 | Walmart | 12/06 | 99.96 | | | |
| Plastic cups | Walmart | 12/06 | 32.00 | | | |
| Dish Towels | Walmart | 12/00 | 60.00 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Emma Raike
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

PDF created with pdfFactory trial version www.pdffactory.com

## SCHEDULE OF CONTENTS

### Kitchen

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| Kitchen Table | Harveys | | 1500.00 | | | |
| 4 Bar stools | Harveys | | 440 | | | |
| 12 piece hanging pots | JCPennies | | 450.00 | | | |
| miclite Pots | Walmart | | 600.00 | | | |
| 18 Gold Trim Glasses | 56/6th Ave | | 700 | | | |
| Mariqa mixer | Sams | | 280.00 | | | |
| mixer set | JCPennies | | 500.00 | | | |
| Rice stemer | Walmart | | 64.99 | | | |
| | | | | | | |
| 6 crockpot | Walmart | | 189.00 | | | |
| double crockpot | Walmart | | 189.00 | | | |
| Coffee maker | Bedbath | | 164.00 | | | |
| Kiving set | JCPenny | | 199.00 | | | |
| Wine and Wine set | 56/6th Ave | | 425.00 | | | |
| Red Plates set | Walmart | | 199.00 | | | |
| Black Plates set | Walmart | | 199.00 | | | |

* Billy my Paine*

Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## SCHEDULE OF CONTENTS

Kitchen

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| 13 piece set Calphalon | Bed, Bath, Beyond | | 549.00 | | | |
| Salt n pepper set | Bed Bath Beby | | 12.99 | | | |
| Stainless steel Black | '' | | 24.99 | | | |
| Kitchen Aid 4 slice | '' | | 79.99 | | | |
| Belgian Waffle maker | '' | | 69.99 | | | |
| Kitchen Aid 5 Quart mixer JC Penny | '' | | 449.99 | | | |
| Deep fryer | '' | | 149.99 | | | |
| Stainless steel can opener | ''Bed/Bath'' | | 44.99 | | | |
| Wusthof pro slicer | '' | | 99.99 | | | |
| Nostagia Popcorn | '' | | 299.99 | | | |
| Liter steel step can | '' | | 244.99 | | | |
| 14 piece All Clad Stainless Steel Cook Set | | | 1299.99 | | | |
| Wusthof Classic Ikon | | | | | | |
| Creme @ piece Block set | | | 449.99 | | | |

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

Lillian Raike

Signature

## SCHEDULE OF CONTENTS

outside

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|------|----------------|------------------|------|-----------|--------------|----------------|
| 2 Generator | | one | Stolex | | | |
| (3) Pressure Washer | Northern Tools | 299.99 | | | | |
| Water hose reel 100ft | | 400.60 | | | | |
| Pond Aerator | | 1000.00 | | | | |
| 4 ton port lift garage jack | | 180.00 | | | | |
| Dolley Aluminum | | 20.99 | | | | |
| Gas powered buy | | 2109.99 | | | | |
| Vertical air compresser | | 199.99 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Elmm Raine
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## SCHEDULE OF CONTENTS

Patio

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| Bed Seat | Target | | 244 | | | |
| Sofa | Target | | 944.20 | | | |
| 4 Chairs | Target | | 899.00 | | | |
| 4 Piece Patio Set | Target | | 684.00 | | | |
| 2 Umbrellas | Walmart | | 450.00 | | | |
| Patio Set | Sears | | 1244.00 | | | |
| Pit Set | Sears | | 1444.00 | | | |
| Pool 18x30 | | | 4500 | | | |
| Polaris 380xi | Pool Supply World | | 1099.00 | | | |
| 6 lounge chairs | | | 1194 | | | |
| Built in ice chest | | | 400.00 | | | |
| 25 Lights (Solar) | Home Depot | | 499.25 | | | |
| 4 Palm trees | | | 8500 | | | |
| Sprinkler System | | | 3200 | | | |
| Zero turn lawnmower | | | 4800 | | | |
| | | | 3600.00 | | | |

_Emma Raine_
Signature

Form 2210P
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## SCHEDULE OF CONTENTS

Hall bath

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| 3 Shower curtain | Bed N bath | 2/9/11 | 267.00 | | | |
| Hamper | " | 2/9 | 89.99 | | | |
| trash can | " | 2/9 | 150.00 | | | |
| Shower | " | 2/9 | 64.99 | | | |
| 6 Picture | " | 2/9 | 44.00 | | | |
| candle set | " | 2/9 | 64.99 | | | |
| 60 Towel bath | walmart | 12/06 | 330 | | | |
| 30 hand towels | walmart | 12/06 | 89.70 | | | |

Chuma Raino
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

DF created with pdfFactory trial version www.pdffactory.com

## SCHEDULE OF CONTENTS

Guest
Bathrm

| ITEM | WHERE PURCHASED | DATE OF PURCHASE | COST | NEW/ USED | ACTUAL VALUE | AMOUNT CLAIMED |
|---|---|---|---|---|---|---|
| Mirror | Room to 60 | 2/9 | 699.00 | | | |
| Wall fountain | Midnight Velvet | 2/9 | 299.00 | | | |
| towel | Room to 60 | 2/9 | 69.99 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Emma Raine
Signature

Form 2210F
© 2004 Nationwide Publishing Company, Inc.
http://www.claimspages.com

DF created with pdfFactory trial version www.pdffactory.com