IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LEXINGTON INSURANCE COMPANY**                                **PLAINTIFF**

**v.**                                        **CAUSE NO. 1:12CV198-LG-JMR**

**EMMA RAINE**                                             **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs and expenses, including attorneys' fees.

**SO ORDERED AND ADJUDGED** this the 12th day of September, 2012.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U. S. DISTRICT JUDGE